IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CHERYL BESSER, individually and on behalf of all others similarly situated, | Case No. 1:13-cv-1103-JTN |
| Plaintiff, | *FILED ELECTRONICALLY* |
| v. | |
| HOBBY LOBBY STORES, INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this action without prejudice.

By:  */s/ R. Bruce Carlson*
R. Bruce Carlson (PA 56657)
bcarlson@carlsonlynch.com
CARLSON LYNCH LTD
PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA 15212
(p) 412.322.9243
(f) 412.231.0246